Cynthia L. Ducey
DELANEY WILES, INC.
1007 W. 3rd Ave., #400
Anchorage, AK 99501
(907)279-3581
(907)277-1331 – fax
cld@delaneywiles.com

Attorneys for defendants CKE Restaurants, Inc. and
Marlon S. Zepeda

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| CHRISTIANN A. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CKE RESTAURANTS, INC., a ) | |
| Delaware Corporation d/b/a ) | |
| CARL'S JR., also d/b/a ) | |
| HARDEE'S, also d/b/a LA ) | |
| SALA FRESH MEXICAN GRILL, ) | |
| also d/b/a GREEN BURRITO, ) | |
| and MARLON S. ZEPEDA, ) | |
| ) Case No. | |
| Defendants. ) | |
| _____) | |

District Court Case No. 3AN-07-04451 CI

**NOTICE OF REMOVAL OF CASE FROM
STATE COURT (DISTRICT COURT NO. 3AN-07-04451 CIVIL**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA,

AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendants, CKE Restaurants, Inc. and Marlon S. Zepeda (hereinafter "CKE, Inc. and Zepeda"), contemporaneous with the filing of this Notice, is

effectuating the removal of the above referenced action from the District Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. The removal is based on the following grounds:

1. On or about January 17, 2007, there was filed in the District Court for the State of Alaska, Third Judicial District at Anchorage, the above entitled action, Case No. 3AN-07-04451 Civil. A copy of the original complaint and all process, pleadings and other orders required to be included with the notice per 28 USC 1446(a) is attached as Exhibit A.

2. CKE first received notice of the complaint by fax of the complaint on or about January 23, 2007. A true and correct copy of this complaint is attached hereto as Exhibit B, and is incorporated by reference herein as though fully set forth.

3. The United States District Court has jurisdiction over the superior court action in this matter, pursuant to 28 U.S.C. § 1332, as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

4. This notice of removal is timely filed in that it is filed within thirty days of receipt of a copy of the complaint by defendants, which sets out a claim for relief.

5. CKE, Inc. is a corporation organized under the laws of the state of Delaware with its principal place of business in Carpinteria, California. Its corporate citizenship is California.

6. Marlon S. Zepeda is a citizen of the state of California.

7. Plaintiff is a citizen of Alaska.

8. There is complete diversity of citizenship between plaintiff and defendants.

9. The complaint alleges damages up to $100,000, thus meeting the jurisdictional requirements of 28 U.S.C. § 1332(b).

ELANEY WILES, INC.
007 WEST 3RD AVENUE
SUITE 400
NCHORAGE, ALASKA
(907) 279-3581

Perry v. CKE Restaurants, et. al.
Notice of Removal

Page 2 of 4

Case 3:07-cv-00019-JWS   Document 1   Filed 02/15/07   Page 2 of 4

10. CKE, Inc. and Zepeda are the named defendants in this case and have consented to removal of this action, attached hereto as Exhibit B.

11. The United States District Court has jurisdiction over the State of Alaska district court action, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

12. The notice to State District Court of the notice of removal will be filed immediately after this notice in federal court.

Dated at Anchorage, Alaska this 14 day of February, 2007.

DELANEY WILES, INC.
Attorneys for defendants

*Cynthia Ducey*
Cynthia L. Ducey
ASBA# 8310161
DELANEY WILES, INC.
1007 W. 3rd Ave., #400
Anchorage, AK 99501
(907)279-3581
(907)277-1331 – fax
cld@delaneywiles.com

DELANEY WILES, INC.
1007 WEST 3RD AVENUE
SUITE 400
ANCHORAGE, ALASKA
(907) 279-3581

Perry v. CKE Restaurants, et. al.
Notice of Removal

Page 3 of 4

Case 3:07-cv-00019-JWS   Document 1   Filed 02/15/07   Page 3 of 4

Certificate of Service

A true and correct copy
of the above document was
served by mail on
the 14th day of February, 2007
upon:

Zach Manzella
Law Office of Steve Sims
821 N Street, Suite 103
Anchorage, AK 99501

_____
12/7202

ELANEY WILES, INC.
007 WEST 3RD AVENUE
SUITE 400
NCHORAGE, ALASKA
(907) 279-3581

Perry v. CKE Restaurants, et. al.
Notice of Removal