IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| CHRISTIANN A. PERRY,<br><br>          Plaintiff,<br><br>  vs.<br><br>CARL KARCHER ENTERPRISES,<br>INC. and MARLON S. ZEPEDA,<br><br>          Defendants. | Case No. 3:07-cv-00019-JWS |

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**

Based on the stipulation between parties,

IT IS SO ORDERED, that defendants' response to plaintiff's motion for extension of time for additional discovery will be due on Monday, November 19, 2007.

ENTERED this 15th day of November 2007 at Anchorage, Alaska.

                                         /s/ John W. Sedwick
                                         U.S. District Court Judge