Cynthia L. Ducey
DELANEY WILES, INC.
1007 W. 3rd Ave., #400
Anchorage, AK 99501
(907)279-3581
(907)277-1331 – fax
cld@delaneywiles.com

Attorneys for defendants
Carl Karcher Enterprises, Inc. and
Marlon S. Zepeda

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| CHRISTIANN A. PERRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CARL KARCHER ENTERPRISES, )<br>INC. and MARLON S. ZEPEDA, )<br>)<br>Defendants. )<br>_____) | Case No. 3:07-cv-00019-JWS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their counsel of record, and pursuant to Civil Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each side to bear its own costs and fees.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

Case 3:07-cv-00019-JWS   Document 44   Filed 12/05/07   Page 1 of 2

DATED at Anchorage, Alaska this _26_ day of _November_, 2007.

**LAW OFFICES OF STEVE SIMS**
Attorneys for Plaintiff
Christiann A. Perry

_/s/ Steve Sims_
Steve Sims
821 N St., Ste. 103
Anchorage, Alaska
Phone: (907) 276-5858
Fax: (907)276-5817
Email: steves@alaskainjury.com
ABA# 7710168

**DELANEY WILES, INC.**
Attorneys for Defendants
Carl Karcher Enterprises, Inc. and
Marlon S. Zepeda

_/s/ Cynthia Ducey_
Cynthia L. Ducey
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
ABA# 8310161

Certificate of Service

I hereby certify that on this _____ day of _____ 2007, a copy of the foregoing Stipulation was served electronically upon:

Steve Sims
Law Offices of Steve Sims
821 N. Street, Suite 103
Anchorage, AK 99501
steves@alaskainjury.com

136993

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Perry v. Carl Karcher Ent, Inc., et al.*, Case No. 3:07-cv-00019-JWS
Page 2 of 2

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331